QUIN DENVIR, Bar #49374
Federal Defender
LINDA C. HARTER, CA Bar #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANKOMA RIDDICK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr-S-05-041 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | |
| | ) | |
| ANKOMA RIDDICK, and TYRONE COPELAND, | ) ) ) | Date: May 11, 2005<br>Time: 9:00 a.m.<br>Judge: Hon. William B. Shubb |
| Defendants. | ) ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Anne Pings, Assistant United States Attorney, Linda C. Harter, Attorney for Ankoma Riddick, and Fred Dawson, Attorney for Tyrone Copeland, that the current status conference date of May 4, 2005 be vacated and the new status conference date of May 11, 2005 at 9:00 a.m. be set.

   The time is excluded pursuant to U.S.C. §3161(h)(8)(A) and Local Code T4.

1    The parties have an agreement in principle and it is being put
2 into writing.  Defense Counsel will need additional time to review the
3 written plea agreement with their clients.  Defense counsel for Mr.
4 Riddick is unavailable and out of town from April 29, 2005 to May 3,
5 2005.

Dated: April 28, 2005

                                      Respectfully submitted,

QUIN DENVIR
Federal Defender


_____s/Linda C. Harter_____
LINDA C. HARTER
Assistant Federal Defender
Attorney for Defendant
ANKOMA RIDDICK


_____s/Fred Dawson_____
FRED DAWSON
Attorney for Tyrone Copeland


McGREGOR W. SCOTT
United States Attorney



_____s/Anne Pings_____
ANNE PINGS
Assistant U.S. Attorney

Stipulation and [proposed] order                2

1

**O R D E R**

2  GOOD CAUSE APPEARING, **IT IS SO ORDERED.**  The date for the status
3 conference in this matter is hereby re-set for May 11, 2005, at 9:00
4 a.m.  Time is hereby excluded from May 4, 2005 to and including May 11,
5 2005 at 9:00 pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T-
6 4.

7

8
Dated: May 2, 2005
9

10
*/s/ William B. Shubb*
11  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE