```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DAVID M. PORTER, Bar #127024
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    ANKOMA RIDDICK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>ANKOMA RIDDICK,<br><br>        Defendant. | No. Cr. S 05-41 WBS<br><br>**ORDER REDUCING SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>**RETROACTIVE CRACK COCAINE REDUCTION CASE**<br>Date:  June 2, 2008<br>Time:  8:30 a.m.<br>Judge: Hon. WILLIAM B. SHUBB |

     This matter came before the Court on the motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) filed on April 15, 2008. The motion was set for hearing on June 2, 2008, but because the parties have stipulated to the resolution, the matter is taken off calendar.

     The parties agree, and the Court finds, that Mr. Riddick is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the applicable offense level from 29 to 27.

     IT IS HEREBY ORDERED that the term of imprisonment originally imposed is reduced to an aggregate term 78 months on all counts;

     IT IS FURTHER ORDERED that all other terms and provisions of the

1 | original judgment remain in effect.
2 |     Unless otherwise ordered, Mr. Riddick shall report to the United
3 | States Probation office closest to the release destination within
4 | seventy-two hours after his release.
5 | Dated: April 16, 2008

                                      WILLIAM B. SHUBB
                                      UNITED STATES DISTRICT JUDGE