✎ AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| United States of America | ) |
|---|---|
| v. | ) |
| **ANKOMA RIDDICK** | ) Case No:  2:05CR00041-01 |
|  | ) USM No:  15515-097 |
| Date of Previous Judgment:  08/24/2005 | ) David M. Porter, Assistant Federal Defender |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  ✔ the defendant  ❒ the Director of the Bureau of Prisons  ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ❒ DENIED.   ✔ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __97__ months **is reduced to** __78*__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level:  __29__      Amended Offense Level:  __27__
Criminal History Category:  __II__      Criminal History Category:  __II__

Previous Guideline Range:  __97__ to __121__ months      Amended Guideline Range:  __78__ to __97__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
  ✔ The reduced sentence is within the amended guideline range.
  ❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
  ❒ Other (explain):

**III. ADDITIONAL COMMENTS**
*As to each of Counts 2 and 3, to be served concurrently.

Except as provided above, all provisions of the judgment dated  __08/24/2005__  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  __04/16/2008__

*signature*
Signature of Judicial Officer

Effective Date:  _____
(If different from order date)

William B. Shubb, United States District Judge
Printed name and title